In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-379 CR


NO. 09-04-380 CR


____________________



FRANKIE NORRIS, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause Nos. 24228 and 24375






MEMORANDUM OPINION (1)


 We have before the Court requests from the appellant, Frankie Norris, Jr., to
withdraw his appeals pursuant to Tex. R. App. P. 42.2. The motions are signed by
appellant personally and counsel of record is aware of the motions. No opinions have
issued in these appeals.

 The motions are GRANTED and the appeals are therefore DISMISSED.

 PER CURIAM


Opinion Delivered October 6, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.